IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RAMON SUERO**  **PLAINTIFF**

v.  **CASE NO. 2:20-CV-00045-BSM**

**FAF, INC.,** *et al.*  **DEFENDANTS**

## ORDER

Defendants' unopposed motion for partial summary judgment [Doc. No. 18] is granted.

IT IS SO ORDERED this 6th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE